**Montgomery Surgery Center LLC**
1000 North Broad Street
Lansdale, PA 19446

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | July 11, 2024 | 2916 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***4200 | 1,211.64 |
| Total Direct Deposits | | | 1,211.64 |

82132   400   562 2916 1831            82132
Alice K Cassel
882 Weikel Road
Lansdale, PA  19446

*Non Negotiable - This is not a check - Non Negotiable*

**Non Negotiable - This is not a check - Non Negotiable**

**Montgomery Surgery Center LLC**

**Alice K Cassel**                                                                                    **Earnings Statement**

| Employee ID | 562 | Fed Taxable Income | 1,537.85 | Check Date | July 11, 2024 | Voucher Number | 2916 |
| Location | 400 | Fed Filing Status | S+ $25 | Period Beginning | June 23, 2024 | Net Pay | 1,211.64 |
| Hourly | $21.00 | State Filing Status | S-0 | Period Ending | July 6, 2024 | Total Hours Worked | 46.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 21.00 | 10.00 | 210.00 | 840.00 |
| Overtime | | | | 15.75 |
| PTO | | | | 1,302.00 |
| Regular | 21.00 | 46.50 | 976.50 | 18,737.25 |
| Vacation | 21.00 | 20.00 | 420.00 | 2,142.00 |
| **Gross Earnings** | | 76.50 | 1,606.50 | 23,037.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 132.92 | 1,927.05 |
| MED | 22.73 | 326.28 |
| PA | 48.05 | 689.66 |
| PA-461103 | 19.57 | 280.81 |
| PA-HAT2 | 2.00 | 28.00 |
| PASUI-E | 1.12 | 16.12 |
| SS | 97.21 | 1,395.10 |
| **Taxes** | 323.60 | 4,663.02 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 30.00 | 420.00 |
| Flex Spending Account | 30.00 | 420.00 |
| GROUP TERM LIFE - FLAT AM | 2.61 | 36.54 |
| Supp Life - Employee | 11.26 | 152.08 |
| **Deductions** | 73.87 | 1,028.62 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***4200 | 1,211.64 |
| **Total Direct Deposits** | | | 1,211.64 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | -302.00 | 97.00 |

Montgomery Surgery Center LLC | 1000 North Broad Street  Lansdale, PA 19446 | | FEIN: 23-3078434 | PA: 86-13540

**Montgomery Surgery Center LLC**
1000 North Broad Street
Lansdale, PA 19446

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | July 25, 2024 | 2939 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***4200 | 1,275.45 |
| **Total Direct Deposits** | | | 1,275.45 |

82132   400   562 2939 1845                    .82132
Alice K Cassel
882 Weikel Road
Lansdale, PA  19446

*Non Negotiable - This is not a check - Non Negotiable*

**Non Negotiable - This is not a check - Non Negotiable**

**Montgomery Surgery Center LLC**

**Alice K Cassel**                                                                 **Earnings Statement**

| Employee ID | 562 | Fed Taxable Income | 1,621.85 | Check Date | July 25, 2024 | Voucher Number | 2939 |
| Location | 400 | Fed Filing Status | S+ $25 | Period Beginning | July 7, 2024 | Net Pay | 1,275.45 |
| Hourly | $21.00 | State Filing Status | S-0 | Period Ending | July 20, 2024 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 840.00 |
| Overtime | 31.50 | 1.00 | 31.50 | 47.25 |
| PTO | | | | 1,302.00 |
| Regular | 21.00 | 79.00 | 1,659.00 | 20,396.25 |
| Vacation | | | | 2,142.00 |
| **Gross Earnings** | | 80.00 | 1,690.50 | 24,727.50 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 143.00 | 2,070.05 |
| MED | 23.95 | 350.23 |
| PA | 50.63 | 740.29 |
| PA-461103 | 20.62 | 301.43 |
| PA-HAT2 | 2.00 | 30.00 |
| PASUI-E | 1.18 | 17.30 |
| SS | 102.41 | 1,497.51 |
| **Taxes** | 343.79 | 5,006.81 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 30.00 | 450.00 |
| Flex Spending Account | 30.00 | 450.00 |
| GROUP TERM LIFE - FLAT AM | 2.61 | 39.15 |
| Supp Life - Employee | 11.26 | 163.34 |
| **Deductions** | 73.87 | 1,102.49 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***4200 | 1,275.45 |
| **Total Direct Deposits** | | | 1,275.45 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | -302.00 | 97.00 |

Montgomery Surgery Center LLC | 1000 North Broad Street  Lansdale, PA 19446 |  | FEIN: 23-3078434 | PA: 86-13540

**Montgomery Surgery Center LLC**
1000 North Broad Street
Lansdale, PA 19446

paylocity

Direct Deposit Advice

**Check Date**
August 8, 2024

**Voucher Number**
2962

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***4200 | 1,339.25 |
| Total Direct Deposits | | | 1,339.25 |

82132   400   562 2962 1859                  82132
Alice K Cassel
882 Weikel Road
Lansdale, PA  19446

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Montgomery Surgery Center LLC

**Alice K Cassel**                                                                                                                **Earnings Statement**

| Employee ID | 562 | Fed Taxable Income | 1,705.85 | Check Date | August 8, 2024 | Voucher Number | 2962 |
| Location | 400 | Fed Filing Status | S+ $25 | Period Beginning | July 21, 2024 | Net Pay | 1,339.25 |
| Hourly | $21.00 | State Filing Status | S-0 | Period Ending | August 3, 2024 | Total Hours Worked | 83.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 840.00 |
| Overtime | 31.50 | 3.00 | 94.50 | 141.75 |
| PTO | | | | 1,302.00 |
| Regular | 21.00 | 80.00 | 1,680.00 | 22,076.25 |
| Vacation | | | | 2,142.00 |
| **Gross Earnings** | | 83.00 | 1,774.50 | 26,502.00 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 153.08 | 2,223.13 |
| MED | 25.17 | 375.40 |
| PA | 53.21 | 793.50 |
| PA-461103 | 21.67 | 323.10 |
| PA-HAT2 | 2.00 | 32.00 |
| PASUI-E | 1.24 | 18.54 |
| SS | 107.62 | 1,605.13 |
| **Taxes** | 363.99 | 5,370.80 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 30.00 | 480.00 |
| Flex Spending Account | 30.00 | 480.00 |
| GROUP TERM LIFE - FLAT AM | 2.61 | 41.76 |
| Supp Life - Employee | 11.26 | 174.60 |
| **Deductions** | 73.87 | 1,176.36 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***4200 | 1,339.25 |
| **Total Direct Deposits** | | | 1,339.25 |

| Time Off | Available To Use | Plan Year Used | |
|---|---|---|---|
| Vacation | -302.00 | 97.00 | - |

Montgomery Surgery Center LLC | 1000 North Broad Street  Lansdale, PA 19446 | | FEIN: 23-3078434 | PA: 86-13540

**Montgomery Surgery Center LLC**
1000 North Broad Street
Lansdale, PA 19446

*paylocity*

Direct Deposit Advice

**Check Date**
August 22, 2024

**Voucher Number**
2985

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***4200 | 1,313.32 |
| Total Direct Deposits | | | 1,313.32 |

82132  400  562 2985 1873           82132
Alice K Cassel
882 Weikel Road
Lansdale, PA  19446

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Montgomery Surgery Center LLC

**Alice K Cassel**                                                                  **Earnings Statement**

| Employee ID | 562 | Fed Taxable Income | 1,671.73 | Check Date | August 22, 2024 | Voucher Number | 2985 |
| Location | 400 | Fed Filing Status | S+ $25 | Period Beginning | August 4, 2024 | Net Pay | 1,313.32 |
| Hourly | $21.00 | State Filing Status | S-0 | Period Ending | August 17, 2024 | Total Hours Worked | 67.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 840.00 |
| Overtime | 31.50 | 1.75 | 55.13 | 196.88 |
| PTO | | | | 1,302.00 |
| Regular | 21.00 | 65.25 | 1,370.25 | 23,446.50 |
| Vacation | 21.00 | 15.00 | 315.00 | 2,457.00 |
| **Gross Earnings** | | **82.00** | **1,740.38** | **28,242.38** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 148.99 | 2,372.12 |
| MED | 24.68 | 400.08 |
| PA | 52.16 | 845.66 |
| PA-461103 | 21.24 | 344.34 |
| PA-HAT2 | 2.00 | 34.00 |
| PASUI-E | 1.22 | 19.76 |
| SS | 105.51 | 1,710.64 |
| **Taxes** | **355.80** | **5,726.60** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 30.00 | 510.00 |
| Flex Spending Account | 30.00 | 510.00 |
| GROUP TERM LIFE - FLAT AM | 2.61 | 44.37 |
| Supp Life - Employee | 11.26 | 185.86 |
| **Deductions** | **73.87** | **1,250.23** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***4200 | 1,313.32 |
| **Total Direct Deposits** | | | **1,313.32** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Vacation | -317.00 | 112.00 |

Montgomery Surgery Center LLC | 1000 North Broad Street  Lansdale, PA 19446 | | FEIN: 23-3078434 | PA: 86-13540