Certificate Number: 16339-PAE-DE-038913046

Bankruptcy Case Number: 24-13061



16339-PAE-DE-038913046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2024, at 2:22 o'clock PM EDT, Alice Cassel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 28, 2024          By:   /s/Kelley Tipton

                                    Name: Kelley Tipton

                                    Title: Certified Financial Counselor